## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lavinia C. Beulah <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-11718-MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6000

Respectfully submitted,

**/s/Thomas I. Puleo, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406