UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah        : Chapter 13

    Debtor                  : Bky. No. 16-11718-mdc

**Withdrawal of Motion for Contempt**
**Finding Against Champion Mortgage**

To the Clerk:

This matter has settled.  Please withdraw the Motion for Contempt Against Chamion Mortgage.

                                       **s/Lawrence S.  Rubin, Esquire**
                                       Lawrence S. Rubin, Esquire
                                       Attorney for Debtor
                                       337 West State Street
                                       Media, PA 19063
                                       Phone No: (610) 565-666

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
t: 610.565.6660
f: 610.565.1912
lrubin@pennlawyer.com