UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah : Chapter 13

Debtor : Bky. No. 16-11718-mdc

### Objection to Claim of Nationstar Mortgage LLC
### d/b/a Champion Mortgage Company; Claim #7

1. Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("CMC") has filed a secured proof of claim #7 in this case in the amount of $152,791.41.

2. On July 21, 2016, CMC filed a praecipe for a judgment with the Common Pleas Court of Delaware County in which it alleged the debt to be $147,918.15.

3. At that time CMC received a final judgment in that amount, however that judgment was later vacated since it was in violation of the automatic stay.

4. Nonetheless, pursuing a judgment in the above amount is an absolute admission that the amount of the debt as of July 21, 2016 was $147,918.15.

5. The principal amount on the claim, filed 18 days later on August 9, 2016, starts at $152,610.15.

6. No explanation as to how the principal increased by $4,692 is offered to the debtor.

7. The debtor believes that the proper amount of the claim should be $147,918.15

WHEREFORE, the debtor requests the court reduce the allowed amount to $147,918.15.

s/Lawrence S. Rubin, Esquire
Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063
Phone No: (610) 565-6660
Fax No: (610) 565-1912

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com