UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah　　　　　　　: Chapter 13

　　　Debtor　　　　　　　　　　　　: Bky. No. 16-11718-mdc

**NOTICE OF HEARING TO CONSIDER OBJECTION TO
PROOF OF CLAIM OF FINANCE OF AMERICA REVERSE, LLC CLAIM #2**

To: NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY

**The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Magdeline D. Coleman, Courtroom #2 on 10-6-16 at 11:00 A.M., United States Bankruptcy Court, 900 Market Street, Philadelphia, PA. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

Date: August 29, 2016

　　　　　　　　　　　　　　　　　　　　　s/Lawrence S. Rubin, Esquire
　　　　　　　　　　　　　　　　　　　　　Lawrence S. Rubin, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　337 West State Street
　　　　　　　　　　　　　　　　　　　　　Media, PA 19063
　　　　　　　　　　　　　　　　　　　　　Phone No: (610) 565-6660
　　　　　　　　　　　　　　　　　　　　　Fax No: (610) 565-1912

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com