United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11718-mdc
Lavinia C Beulah                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1            Date Rcvd: Sep 02, 2016
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db              +Lavinia C Beulah,    533 Vernon Street,    Media, PA 19063-3906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
       COMPANY bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      LAWRENCE S. RUBIN    on behalf of Debtor Lavinia C Beulah echo@pennlawyer.com,
       foxtrot@pennlawyer.com
      THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
       tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                     TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Lavinia C. Beulah,<br><br>        Debtor | Chapter 13<br><br>Bankruptcy No. 16-11718-MDC<br><br>Motion for Contempt |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. That on March 14, 2016, Debtor, Lavinia Beulah, filed this Chapter 13 bankruptcy case.

2. That on July 31, 2016, Debtor filed a Motion for Contempt against Champion Mortgage Company for alleged violation of the automatic stay provided by Section 362 of the United States Bankruptcy Code, 11 U.S.C. § 362.

2. That in her Motion Debtor claims that she has an interest in the real property located at 516 Washington Avenue, Media, Pennsylvania, by virtue of an inheritance as heir of the Estate of Hoyt Beulah, deceased, who at the time of his death on January 20, 2015, was the owner of the said realty.

3. That Debtor claims that the said real estate is property of the bankruptcy estate pursuant to Section 541(a)(5)(A) of the United States Bankruptcy Court, 11 U.S.C. § 541(a)(5)(A).

4. That on September 2, 2015, Champion Mortgage Company had commenced an action in mortgage foreclosure in the Court of Common Pleas of Delaware County, Pennsylvania, entitled *Nationstar Mortgage LLC d/b/a Champion Mortgage Company v. Patricia A. Hodnett as Executrix of the Estate of Hoyt Beulah, Jr., deceased,* as of No. 2015-007696.

5. That on July 21, 2016, judgment in mortgage foreclosure was entered in the amount of $147,918.15.

6. That Champion Mortgage Company will promptly vacate the judgment in mortgage foreclosure entered in the Court of Common Pleas of Delaware County at its own cost.

7. That Debtor has agreed to withdraw this Motion for Contempt without prejudice.

8. That Debtor has further agreed to withdraw her Petition to Intervene in the state mortgage foreclosure action which she filed on August 16, 2016.

9. That Champion Mortgage Company has agreed to pay Debtor's counsel the sum of $1,500 for attorney fees in connection with the filing and prosecution of this Motion for Contempt.

10. That nothing in this Stipulation shall be considered either an admission of any wrongdoing by Champion Mortgage Company or constitute a waiver to contest whether or not the real estate located at 516 Washington Avenue, Media, Pennsylvania, is property of the bankruptcy estate, or to object to confirmation of Debtor's Chapter 13 Plan.

11. The parties agree that a facsimile signature shall be considered an original signature.

Date:   August 19, 2016

Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322


Date:   8/19/16

_s/Lawrence S Rubin_
Lawrence S. Rubin, Esquire
Attorney for Debtor

This Stipulation is approved by the Court this __1st__ day of __September__, 2016.

The Court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Magdeline D. Coleman