United States Bankruptcy Court for the Eastern District of Pennsylvania

**Praecipe to Withdraw Proof of Claim**

| | |
|---|---|
| Debtor Name and Case Number: | 16-11718 <br> Lavinia C Beulah |
| Creditor Name and Address: | Porania LLC <br> c/o Biltmore Asset Management <br> 24500 Center Ridge Rd Ste 472 <br> Westlake, OH 44145 |
| Court Claim Number (if known): | 5 |
| Date Claim Filed: | 08/05/2016 |
| Total Amount of Claim Filed: | $ 159.43 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-reference creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

PORANIA, LLC

Date: _____12/21/2016_____

Judy Shandler
VP of Operations
(800) 518-9248