# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-11718-MDC

LAVINIA C BEULAH

533 VERNON STREET

MEDIA, PA 19063

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

LAVINIA C BEULAH

533 VERNON STREET

MEDIA, PA 19063

Counsel for debtor(s), by electronic notice only.

LAWRENCE S. RUBIN ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-

               /S/ William C. Miller

Date: 1/6/2017

               _____

               William C. Miller, Esquire
               Chapter 13 Standing Trustee