UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah  : Chapter 13

    Debtor  : Bky. No. 16-11718-mdc

**Stipulation Settling Debtor's Objection to Claim of Nationstar Mortgage LLC
d/b/a Champion Mortgage Company; Claim #7**

It is hereby stipulated and agreed that the debtor's objection to claim #7, Nationstar Mortgage LLC shall be resolved as follows:

1. Nationstar shall amend their claim within 14 days after execution of this agreement reducing the its secured claim from $152,791.41 to $149,424.88 and serve a copy upon counsel for the debtor.

2. The debtor shall thereafter amend her plan to provide for the above amount, within 14 days of receipt of the amended proof of claim, and serve a copy upon Thomas I. Puleo, Esquire, KML Law Group, P.C. as attorney for Nationstar.

3. It is agreed that as of the date of the above proof of claim, the actual amount owed the Nationstar will be the figure in paragraph 1, above, with any interest charged running from that date at the rate in the mortgage.

4. If requested, Nationstar shall provide an amortization table to assist in preparation of the amended plan.

5. All notices under this stipulation shall be sent to the following:

    For Nationstar:

        i.    Thomas I. Puleo, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106

    For debtor:

             Lawrence S. Rubin, Esquire
            337 W. State Street
            Media, PA 19063

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com

**s/Lawrence S. Rubin, Esquire**
Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063

_____
Thomas I. Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com