United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-11718-mdc
Lavinia C Beulah                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: Jan 19, 2017
                          Form ID: pdf900        Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
db           +Lavinia C Beulah,    533 Vernon Street,    Media, PA 19063-3906
cr           +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
cr            Wells Fargo Bank, N.A./Wells Fargo Home Mortgage,    MAC N9286-01Y,    1000 Blue Gentian Road,
               Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:20     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:26
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:52     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
               COMPANY bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      LAWRENCE S. RUBIN    on behalf of Debtor Lavinia C Beulah echo@pennlawyer.com,
               foxtrot@pennlawyer.com
      THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah            :Chapter 13

    Debtor                  :Bky. No. 16-11718-mdc

                              Order

Upon consideration of the agreement between counsel for the debtor and Nationstar, it is hereby ordered that stipulation resolving the Objection to Claim of Nationstar Mortgage LLC Claim #7 is hereby approved and entered as an order of court.

_____
Magdeline D. Coleman, Bankruptcy Judge

Dated: __January 19_____, 2017

Lawrence S. Rubin
Attorney
337 W. State Street
Meda, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com