## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lavinia C. Beulah<br><br>                Debtor<br><br>NATIONSTAR MORTGAGE LLC D/B/A<br>CHAMPION MORTGAGE COMPANY<br><br>                Movant<br>       vs.<br><br>Lavinia C. Beulah<br><br>                Debtor | CHAPTER 13<br><br><br><br>NO. 16-11718 MDC<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY to Confirmation of Chapter 13 Plan, which was filed with the Court on or about August 22, 2016 (Doc. No. 23)..

Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Puleo, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 21, 2017