UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah : Chapter 13

    Debtor : Bky. No.16-11718-mdc

**<u>ORDER</u>**

Upon review of debtor's counsel's application for counsel fees and costs, and upon certification of no objection by counsel for the debtor, the court hereby approves counsel fees in the amount of $3,000.00 and costs in the amount of $0.00 to Lawrence S. Rubin, Esquire, of which $1,500.00 has been prepaid by the debtor. The trustee shall pay to counsel the remaining $1,500.00 in accordance with the provisions of the plan.

*Magdeline D. Coleman*
Bankruptcy Judge

September 8, 2017

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com