United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11718-mdc
Lavinia C Beulah                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia             Page 1 of 1             Date Rcvd: Sep 08, 2017
                        Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db             +Lavinia C Beulah,   533 Vernon Street,   Media, PA 19063-3906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE
     COMPANY bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
    LAWRENCE S. RUBIN    on behalf of Debtor Lavinia C Beulah echo@pennlawyer.com,
     foxtrot@pennlawyer.com
    THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
     tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Lavinia C. Beulah  : Chapter 13

    Debtor  : Bky. No.16-11718-mdc

**<u>ORDER</u>**

Upon review of debtor's counsel's application for counsel fees and costs, and upon certification of no objection by counsel for the debtor, the court hereby approves counsel fees in the amount of $3,000.00 and costs in the amount of $0.00 to Lawrence S. Rubin, Esquire, of which $1,500.00 has been prepaid by the debtor.  The trustee shall pay to counsel the remaining $1,500.00 in accordance with the provisions of the plan.

*Magdeline D. Coleman*
Bankruptcy Judge

September 8, 2017

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com