THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          Lavinia C. Beulah,          : Chapter 13
                        Debtor              : Case No.16-11718-mdc


NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **Delaware County Tax Claim Bureau, a creditor and/or party in interest** ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address, email and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor.


                              **MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

**Dated:  09/11/2017**        BY:  /s/ Stephen V. Bottiglieri
                                   Stephen V. Bottiglieri, Esquire
                                   230 N. Monroe Street
                                   Media, PA 19063
                                   Phone (610) 565-2211
                                   Fax    (610) 565-1846
                                   sbottiglieri@gillinlawoffice.com
                                   Counsel to Delaware County Tax Claim Bureau