# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania

In re: Lavinia C Beulah                                         Case No. 16-11718-mdc

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

NATIONSTAR MORTGAGE LLC                           Court Claim # (if known) 7-2
D/B/A CHAMPION MORTGAGE
Name of Secured Creditor

Old Address of Secured Creditor:

Champion Mortgage Company
3900 Capital City Blvd.
Lansing, MI 48906

New Name and/or Address where NOTICES to Secured Creditor
should be sent:

Champion Mortgage Company
8950 Cypress Waters Blvd.
Coppell, TX  75019

Phone: 855-683-3095

Name and/or Address where PAYMENTS to Secured Creditor
should be sent (if different from above):

Champion Mortgage Company
P.O. BOX 619093
Dallas, TX  75261

Phone: 855-683-3095


By: /s/ Bouavone Amphone                          Date: 11/8/2017
     Agent for Secured Creditor

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAWRENCE S. RUBIN
LAWRENCE S. RUBIN, ATTY.
337 WEST STATE STREET
MEDIA, PA  19063

LAVINIA C BEULAH
533 VERNON STREET
MEDIA, PA  19063

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
1234 MARKET STREET
SUITE 1813
PHILADELPHIA, PA  19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: /s/ Bouavone Amphone
Bouavone Amphone, Esq.
Email: bkyecf@rasflaw.com