**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 16-11718-MDC

LAVINIA C BEULAH

533 VERNON STREET

MEDIA, PA 19063

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LAVINIA C BEULAH

    533 VERNON STREET

    MEDIA, PA 19063

Counsel for debtor(s), by electronic notice only.

    LAWRENCE S. RUBIN ESQUIRE
    337 WEST STATE STREET

    MEDIA, PA 19063-

Date: 5/19/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee