Certificate Number: 17082-PAE-DE-034673615

Bankruptcy Case Number: 16-11718



17082-PAE-DE-034673615

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2020, at 12:43 o'clock PM MST, LAVINIA C BEULAH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 16, 2020               By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Executive Director