United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                              Case No. 16-11718-mdc
Lavinia C Beulah                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                  Page 1 of 3
Date Rcvd: Jan 19, 2021                          Form ID: 138NEW                          Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lavinia C Beulah, 533 Vernon Street, Media, PA 19063-3906 |
| cr | + | City of Chester, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| cr | + | Porania, LLC, P.O. Box 12213, Scottsdale, AZ 85267-2213 |
| cr | | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14567780 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054 PABKR@brockandscott.com 08054-1218 |
| 13690015 | + | Brclysbankde, 125 S West St, Wilmington, DE 19801-5014 |
| 13764483 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13690017 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 13690018 | + | Financial Recoveries, 200 E Park Dr Ste 100, Mount Laurel, NJ 08054-1297 |
| 13690019 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 13773659 | + | Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Champion Mortgage Company, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 13772401 | + | Porania LLC, c/o Biltmore Asset Management, 24500 Center Ridge Rd Ste 472, Westlake, OH 44145-5605 |
| 13690021 | + | Sun East FCU, 4500 Pennell Road, Aston PA 19014-1862 |
| 13690022 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14568075 | + | Wells Fargo Bank, N.A., c/o Andrew Spivack, Esq., 302 Fellowship Road, Suite 130, Mount Laurel NJ 08054-1218 |
| 14567781 | + | Wells Fargo Bank, N.A., 3476 Stateview Blvd, Fort Mill, South Carolina 29715-7200 |
| 13732450 | + | Wells Fargo Bank, N.A., c/o Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Dept./MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jan 20 2021 06:53:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 13690014 | | Email/Text: ebn@americollect.com | Jan 20 2021 06:52:00 | Americollect Inc, Po Box 1566, Manitowoc, WI 54221 |
| 13690016 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 06:59:09 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13714963 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 16-11718-mdc    Doc 78    Filed 01/21/21    Entered 01/22/21 01:07:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 27 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jan 20 2021 06:59:09 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13772616 | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 06:51:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13690020 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 06:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13693464 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 20 2021 07:02:01 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13707453 | *+ | Sun East FCU, 4500 Pennell Road, Aston, PA 19014-1862 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name**  **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
    on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JAMES RANDOLPH WOOD
    on behalf of Creditor City of Chester jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

JOSHUA I. GOLDMAN
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

LAWRENCE S. RUBIN
    on behalf of Debtor Lavinia C Beulah echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com  ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

THOMAS I. PULEO
    on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 27

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Lavinia C Beulah
      Debtor(s)

Bankruptcy No: 16–11718–mdc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

> For The Court
> Timothy B. McGrath
> Clerk of Court

Dated: 1/19/21

77 – 76
Form 138_new